# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

January 3, 2002

## Before

**Hon.** JOEL M.FLAUM, Chief Judge
**Hon.** RICHARD A. POSNER, Circuit Judge
**Hon.** FRANK H. EASTERBROOK, Circuit Judge
**Hon.** DANIEL A. MANION, Circuit Judge
**Hon.** MICHAEL S. KANNE, Circuit Judge
**Hon.** ILANA DIAMOND ROVNER, Circuit Judge
**Hon.** DIANE P. WOOD, Circuit Judge
**Hon.** TERENCE T. EVANS, Circuit Judge
**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *Plaintiff-Appellee*, | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| **NO.** 99-1155 **v.** | |
| INDIANA BELL TELEPHONE COMPANY, INCORPORATED, doing business as Ameritech Indiana, and AMERITECH CORPORATION, *Defendants-Appellants*. | No. IP 95-217-C-M/S Larry J. McKinney, *Chief Judge*. |

## Order

The court's opinion in this case is amended by adding the following language at the end: "Circuit Rule 36 will not apply on remand."